UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DONAVON MOORE,

                Petitioner,

  v.

JEFFREY UTTECHT,

                Respondent.

No. C13-5850 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, Petitioner's application to proceed in forma pauperis (ECF No. 1) and the remaining record, hereby finds and **ORDERS**:

(1)    The Magistrate Judge's report and recommendation is approved and adopted.

(2)    Petitioner's application to proceed in forma pauperis (ECF No. 1) is **DENIED**.

(3)    Petitioner shall pay the required filing fee [$5.00] to the Clerk of the Court within thirty (30) days of the date of this Order.

(4)    The Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

**DATED** this 23rd day of September, 2013.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER ADOPTING REPORT & RECOMMENDATION - 1